BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO FLORES SANTOS, <br><br> Defendant. | CASE NO. CR 17-0042 MMC <br><br> **UNITED STATES' APPLICATION FOR STAY OF MAGISTRATE JUDGE'S ORDER GRANTING RELEASE OF DEFENDANT; [PROPOSED] ORDER** <br><br> No Hearing Date Set <br><br> Hon. Maxine M. Chesney |

    The United States of America, by and through its counsel of record, hereby requests that this Court STAY Magistrate Judge Beeler's order granting release as to Defendant Roberto Flores Santos in the above-entitled case until the government's request for revocation of that order is decided by this Court or by the duty District Judge in this Court's absence. Judge Beeler has ordered that Defendant be released on a $100,000 unsecured bond, with Marvin Flores and Luis Angeles serving as sureties and custodians.

APPLICATION FOR STAY OF RELEASE ORDER
CR 17-0042 MMC, United States v. Roberto Flores Santos

1

Defendant is charged in a five count indictment with conspiracy to possess with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. §§ 846 and (b)(1)(B)(viii); with possession with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); with possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); with being a felon in possession of two semiautomatic pistols, in violation of 18 U.S.C. § 922(g)(1); and with possession of a firearm with an obliterated serial number, in violation of 18 U.S.C. § 922(k).

The United States will seek review of Judge Beeler's ruling that the defendant be released pursuant to the conditions proposed by Pretrial Services, including an unsecured $100,000 unsecured bond, with Marvin Flores and Luis Angeles serving as sureties and custodians. The United States will argue that these conditions cannot address the danger to the community posed by Defendant and his risk of non-appearance based on the nature of his crime and his lengthy criminal history.

In terms of schedule, Judge Beeler issued a stay of the release order until 2:00 pm tomorrow, Friday March 3, 2017. Judge Beeler further directed the government to file any appeal before this Court by 11:00 am tomorrow. This is an insufficient amount of time. Undersigned government counsel is travelling out of the district until Tuesday morning, and in fact, counsel is currently filing this stay application from the airport. The government is prepared to submit a written motion to revoke Judge Beeler's release order by 6:00 pm tomorrow. With respect to a hearing, if a hearing on the appeal of the release order is scheduled sometime after Monday, March 6, 2017, the assigned Assistant United States Attorney who is most familiar with the case will be available to argue the matter.

A proposed order is submitted with this application for a stay.

Dated: March 2, 2017

Respectfully submitted,
BRIAN J. STRETCH
United States Attorney

_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

APPLICATION FOR STAY OF RELEASE ORDER
CR 17-0042 MMC, United States v. Roberto Flores Santos

2

## [~~PROPOSED~~] ORDER

For good cause shown, the United States' application for a stay of Magistrate Judge Beeler's order granting release to Defendant Roberto Flores Santos is GRANTED. Said order is STAYED pending resolution of the government's petition for revocation of the order before this Court or the duty District Judge.

The government is directed to file any briefing in support of its motion to revoke the order of release by 6:00 pm on Friday, March 3, 2017. Any opposition shall be filed by March 7, 2017, no later than 2:00 p.m. A hearing on the motion to revoke the release order shall be held on March 8, 2017, at 2:15 p.m.

It is further ORDERED that Defendant Roberto Flores Santos is to remain in the custody of the United States Marshals Service until further order of this Court or the duty District Judge.

Dated: March 2, 2017

_____
HON. MAXINE M. CHESNEY
United States District Judge

APPLICATION FOR STAY OF RELEASE ORDER
CR 17-0042 MMC, United States v. Roberto Flores Santos